UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD DUFOUR,

Petitioner,

-against-

HAVAS GEMINI, LLC, ET AL.,

Respondent.

25 CIVIL 08915 (LAP)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated July 29, 2026, Defendant's motion to dismiss the Complaint in its entirety is GRANTED.

**Dated:** New York, New York
July 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**